JDM

FILED

07 OCT 19 AM 8:49

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br>Ryon McClure<br><br><br>Defendant,<br>________________ | ) | Mag. Case Number: '07 MJ 2496 ___<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21, U.S.C., Sections 952 and 960<br>Importation of a Controlled Substance |

The undersigned complaint being duly sworn states:

On or about October 18, 2007, within the Southern District of California, Ryon MCCLURE did knowingly and intentionally import approximately 59.00 kilograms of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Christopher D. Anderson
SPECIAL AGENT
U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 19th DAY OF October 2007.

MAGISTRATE JUDGE

JOM

## STATEMENT OF FACTS

On October 18, 2007, at approximately 4:25 AM, Ryon MCCLURE entered the United States (US) from the Republic of Mexico at the San Ysidro Port of Entry (POE), San Diego, California. MCCLURE was the driver of a green 2005 Chevy Silverado pickup bearing yellow "Mossy" dealer paper plates.

At approximately 4:25 AM, Customs and Border Protection Officer (CBPO) J. Castaneda Jr. was conducting primary inspection operations on lane #22 at the San Ysidro POE, when a green 2005 Chevy Silverado pickup bearing yellow "Mossy" dealer paper plates applied for entry into the US. CBPO Castaneda made contact with the driver of the green Silverado pickup, who was identified as Ryon MCCLURE. MCCLURE stated that he was going to work at Petco Park and had been in Mexico to visit his girlfriend. MCCLURE stated in a shaky voice to CBPO Castaneda, that he was not bringing anything back from Mexico and that he crosses everyday. CBPO Castaneda asked whom the pickup belonged to, and MCCLURE stated he had owned the pickup since 2004. CBPO Castaneda asked MCCLURE for the registration paperwork. CBPO Castaneda reported that when MCCLURE handed him the registration document, MCCLURE's hand was visibly shaking. CBPO Castaneda then began his inspection of the vehicle. During his inspection, CBPO Castaneda noticed the smell of soap. CBPO Castaneda then asked MCCLURE to open the hood of the pickup. CBPO Castaneda noted that MCCLURE had trouble figuring out how to open the hood. When the hood was opened, CBPO Castaneda observed plastic wrapped packages sitting on top of the engine compartment.

At approximately 4:25 AM, Customs and Border Protection Canine Enforcement Officer (CEO) Jorge Castilla was performing pre-primary roving operations with his Narcotic and Human Detection Dog (NHDD) "PANTHER" (NCF090203/IN08), when CEO Castilla responded to a

JDM

radio call of a possible narcotics load on lane #22. CEO Castilla ran the vehicle and "PANTHER" alerted and indicated to the front grill area of the 2005 green Chevy Silverado pickup truck bearing yellow "Mossy" dealer's paper plates.

A border search of the vehicle conducted by CBPO Jesus Jacobo led to the discovery of 44 packages contained in the engine compartment. A package was probed, and a green leafy substance was discovered. This substance field-tested positive for the properties of marijuana. The 44 packages weighed approximately 59.00 kilograms per the Customs scale.

At approximately 6:10 AM on October 18, 2007, MCCLURE was advised of his Miranda rights by Immigration and Customs Enforcement (ICE) Special Agent (S/A) Chris Anderson in the English language, who read from a pre-printed card also in the English language. MCCLURE stated he understood his rights and declined to make any statements.

Chris Anderson

Special Agent, ICE

W McCurine Jr.

**WILLIAM McCURINE, JR.**
**U.S. MAGISTRATE JUDGE**