FILED

NOV 1 5 2007

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RYON MCCLURE,<br>Defendant. | Criminal Case No. 07CR 3125-BEN<br>**I N F O R M A T I O N**<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana (Felony) |

The United States Attorney charges:

On or about October 18, 2007, within the Southern District of California, defendant RYON MCCLURE, did knowingly and intentionally import approximately 59.0 kilograms (approximately 129.8 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 11/15/07.

KAREN P. HEWITT
United States Attorney

DAVID D. LESHNER
Assistant U.S. Attorney

DDL:rp:San Diego
10/31/07