37

AO 455 (Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.

RYON MCCLURE

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR 3125-BEN

I, RYON MCCLURE, the above-named defendant, who is accused of committing the following offense:

Importation of marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony).

Being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 11/15/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x Ryon McClure
Defendant

[signature]
Defense Counsel

Before [signature]
Judicial Officer